## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02217-CNS

DENISH BHAVSAR and SAMHITA GERA, derivatively on behalf of
LIGHTNING EMOTORS, INC. (F/K/A GIGCAPITAL3, INC.),

     Plaintiff,

v.

TIMOTHY R. REESER, TERESA P. COVINGTON,
AVI S. KATZ, RALUCA DINU,
NEIL MIOTTO, BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG, JOHN J. MIKULSKY,
ROBERT FENWICK-SMITH, BRUCE COVENTRY,
KENNETH JACK, THADDEUS SENKO, DIANA TREMBLAY,
and GIGACQUISTIONS3, LLC,

     Defendants,

-and-

LIGHTNING EMOTORS, INC. (F/K/A GIGCAPITAL3, INC.),
a Delaware Corporation,

     Nominal Defendant.

---

### ORDER GRANTING JOINT STIPULATION AND REQUEST TO DISMISS PLAINTIFFS' VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

---

The Court having considered the Parties' Joint Stipulation and Request to Dismiss
Plaintiffs' Verified Shareholder Derivative Complaint  (ECF No. 22) brought on behalf of
nominal defendant Lightning eMotors, Inc. against individual defendants Timothy Reeser,
Teresa P. Covington, Robert Fenwick-Smith, Bruce Coventry, Kenneth Jack, Thaddeus Senko,
and Diana Tremblay, HEREBY ORDERS as follows:

1.      For the reasons set forth in the Parties' Joint Stipulation and Request to Dismiss Plaintiffs' Verified Shareholder Derivative Complaint, and for good cause shown, the Stipulation is hereby **GRANTED** and this action is dismissed with prejudice.

2.      All parties shall bear their own costs and fees.


IT IS SO ORDERED.


DATED:      May 7, 2024

_____
Charlotte N. Sweeney
United States District Judge